UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA     §
       §
V.        §    NO.  4:18CR220
       §    (Judge Jordan)
JUAN CARLOS CHACON-ALVARADO     §

**O R D E R**

On this day the Court considered the Defendant's MOTION FOR CONTINUANCE OF

PRETRIAL MOTION DATES, CHANGE OF PLEA DEADLINE, AND FINAL PRETRIAL

CONFERENCE DATE.  After careful consideration of the pleadings and arguments of counsel,

the Court finds as follows:

1.      The defendant's request is made knowingly, intelligently and voluntarily.

2.      The Government has no objection to a continuance of the case.

3.      This continuance is required to assure the necessary time for counsel to

effectively prepare for trial, taking into account the exercise of due diligence.

4.      The ends of justice served by granting the defendant's request outweigh the best

interests of the public and the defendant in a speedy trial.

IT IS ORDERED that Defendant's motion for continuance is GRANTED / DENIED